UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MivaTek International, Inc.,<br><br>        Defendant. | Case No.   3:15-cv-05795-JST<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME OF DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT, TIME OF THE CASE MANAGEMENT CONFERENCE STATEMENT, AND TIME OF THE CASE MANAGEMENT CONFERENCE** |

After reviewing the Stipulated Request for Order Changing Time of Defendant's Response to Plaintiff's Complaint, Time of the Case Management Conference Statement, and time of the Case Management Conference filed by Plaintiff e.Digital Corporation and Defendant MivaTek International, Inc., and the Declaration of Gabriel Hedrick filed therewith, and good cause appearing therefor, the Court hereby grants the stipulated request. The schedule shall be modified as follows:

| Event | Date |
|---|---|
| Defendant's Response to Plaintiff's Complaint | 03/21/16 |
| Case Management Conference Statement | 04/13/16 |
| Case Management Conference | 04/27/16 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 19, 2016

                                            Hon. Jon S. Tigar
                                            District Court Judge