UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MivaTek International, Inc.,<br><br>　　　　　　　Defendant. | CASE NO. 3:15-CV-05795-JST<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME OF DEFENDANT'S TIME OF PRELIMINARY INVALIDITY CONTENTIONS |

PURSUANT TO THE PARTIES' JOINT STIPULATION FOR ORDER CHANGING TIME OF DEFENDANT'S TIME OF PRELIMINARY INVALIDITY CONTENTIONS, and good cause appearing therefore, the Court hereby grants the stipulated request. The schedule shall be modified as follows:

| Event | Date |
|---|---|
| Deadline for Defendant's Preliminary Invalidity Contention | 07/01/16 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 23, 2016

Hon. _____
District

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

4

STIPULATED REQUEST FOR ORDER CHANGING TIME OF PRELIMINARY INVALIDITY CONTENTIONS; CASE NO. 15-CV-05795-JST