UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MIVATEK INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 15-cv-05795-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 33 |

    The parties have filed a stipulation of dismissal dated June 30, 2016.  ECF No. 33.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: June 30, 2016

                                          JON S. TIGAR<br>
                                      United States District Judge